Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_Southern_ District of _Mississippi_
_Southern_ Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 15 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

**Rodney Ready**
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Mississippi Department of Corrections (Records)**
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **1:19cv526-RHW**
(to be filled in by the Clerk's Office)

Agent ~~Christopher Epps~~
Agent Malika Rush
Agent Kimberly Echols
Agent Jeremy St Julian
Agent Falisha McClendon
Agent Lyndo Ramero

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Rodney Ready
- All other names by which you have been known: N/A
- ID Number: MDOC # 46987
- Current Institution: South Mississippi Correctional Institute
- Address: PO Box 1419
  Leaksville, MS 39451
  *City, State, Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Mississippi Department of Corrections
- Job or Title *(if known)*: Parole & Probation Records
- Shield Number:
- Employer:
- Address: Mississippi Department of Corrections
  Leaksville, MS 39451
  *City, State, Zip Code*
- [ ] Individual capacity  [X] Official capacity

**Defendant No. 2**
- Name: Kimberly Echols
- Job or Title *(if known)*: Probation Officer
- Shield Number: unknown, Pascagoula Office
- Employer: Mississippi Department of Corrections
- Address: Felicia Hall (Com). 633 North Street / 731 President St
  Jackson, MS 39202
  *City, State, Zip Code*
- [X] Individual capacity  [X] Official capacity

Defendant 5
Lydon Ramaro
Probation Officer Harrison County, MS
731 president St
Jackson MS

Page 2 of 11

MDOC Parole/Probation
731 president St
Jackson, MS 39238

Kimberly Echols
Jeremy St Julian
Felisha McClendon

From the MDOC Parole/Probation office Kenneth Ave Pascagoula MS

Lyndon Ramero

Harrison County Parole/Probation office
Gulfport or Biloxi offices.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Agent Jeremy ST Julian
  Job or Title (if known): probation/parole officer
  Shield Number: unknown / Pascagoula, MS office
  Employer: Mississippi Department of Corrections
  Address: @ 731 president street Pascagoula, office
  City: Jackson   State: MS   Zip Code: 39238

  ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
  Name: Felisha ~~Nelson~~ McClendon
  Job or Title (if known): Parole/probation officer
  Shield Number: unknown Pascagoula, MS Office
  Employer: Mississippi Department of Corrections
  Address: 731 president ST / Pascagoula, office
  City: Jackson   State: MS   Zip Code: 39238

  ☐ Individual capacity   ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 9th, 14th Amendment rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? My 8 year sentence from 2010 cause #s B2401-09-593 / B2401-10-147 was overran past my Tentative release date by approximently around 2 years.

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*My Earned Trustee Time, My MET, Speacial detail, and earned discharge credit was not deducted from my sentence.*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Because my sentence was 4 years to serve with 4 years concurrant & 3 years probation But None of the 4 agents for MDOC would get my records corrected so I could be released*

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*No one of the four agents would take the time to correct my records*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*No*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

12-11-2015 thru 10-10-2017

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I spent 155 days in Jail with probation holds. I reported 1 year 10 months past my Tentative release date. I overpaid 22 months in supervision fees # 2210.00 because these agents wouldn't correct a problem with my records

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want punitive damages for time locked up That shouldn't have happened 155 days. I want compasation for Jobs I had to quit. I Lost everything I had. $2210.00 plus Interest. Money for attorney Fees

I come to a Sum certain of $650,000.00 Mental stress, emotional stress, reputation, credibility, freedom, self respect Mental anguish

Page 5 of 11

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

While on probation with MDOC

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☒ No Not at the time but I did at a later date

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At CMCF Rankin County

2. What did you claim in your grievance?

That I overpaid $2210.00 in supervision fees That I was kept over my Tentative Release date

3. What was the result, if any?

I've never seen anything resolved by MDOC Administrative remedy program N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

filed the US 42 1983 complaint form for prisoners

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I did but they couldn't help me

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   MDOC Administrative Remedy Program

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   They keep sending the same reply. They can't handle it

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __Rodney Ready__
   Defendant(s) __Mississippi Department of Corrections__

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __Southern District Court Gulfport, MS__

3. Docket or index number
   __1:19 CV-00640-LG-RHW__

4. Name of Judge assigned to your case
   __District Louis Guirola / Magistrate Robert H Walker__

5. Approximate date of filing lawsuit
   __around Febuary 8, 2019__

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. __ON or around June 2019__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   __case closed__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

__yes,__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __Rodney Ready__
   Defendant(s) __Derrick Welton et, al__

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __Southern District Court Gulfport, MS__

3. Docket or index number
   __1818-CV-282-HSO-JCG__

4. Name of Judge assigned to your case
   __Gargullo__

5. Approximate date of filing lawsuit
   __On or around June or July 2018__

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __pending__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-4-2019

Signature of Plaintiff: Rodney Ready
Printed Name of Plaintiff: Rodney Ready
Prison Identification #: MDOC #46987
Prison Address: SMCI Po Box 1419
Leaksville, MS 39451
City / State / Zip Code

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
City / State / Zip Code
Telephone Number: 
E-mail Address:

## IV. A Statement of Claim

<u>Kimberly Echols</u> - Neglected to review my sentenceing order and the time I did on it, so I could be released on my tentative release date

<u>Agent Julian, Jeremy</u> - would not review my records and have them corrected so that I would been released on my tentative release date, but he did take the time to put a probation hold on me in July 2016.

<u>Agent McClendon, Felisha</u> - She told me my records were messed up is why I was still reporting past my tentative release date.

<u>Lyndon, Ramea</u> - He tryed to violiet me September 5th, 2017 but neglected to look at my sentenceing order and sentence to see I was done with my sentence or my tentative release date was 12-11-2016 and he still didnt release me til 10-10-2017 after Judge Clark released me in court on September 5, 2017

U.S. District Court
Mississippi Southern Division

I the Plaintiff Rodney Ready am fileing this lawsuit for the Sum Certain for $650,000.00 Against Mississippi Department of Corrections' Records Dept, Malika Rush, Kimberly Echols, Jeremy St Julian, Falisha Lyndon Ramero McClendon, for violieting my 9th and 14th amendment rights on a 2010 7 year sentence by neglecting to do their Job correctly. The cause #s B2401-09-593/B2401-10-147. I Have enclosed a copy of my MDOC Timesheet clearly showing my Tentative release date to be 12-11-2015 but I wasnt released Til 10-10-201. This Neglagence by MDOC Agents has caused me to lose everything and to ruin my life. Causeing mental and emotional stress and depression.

8-4-2019    Rodney Ready

Page 1

My Tentative Discharge Date was 12-11-2015 but I wasn't release from my sentence until 10/10/2017. As it is printed on my Timesheet which I got from MDOC Records Dept. It shows my start date, my earned Trustee, specail detail, MET And my earned discharge time on it. I Kept asking my Four probation officers about this and they said my records were messed up Keep reporting. This inturn caused me to have to quit great paying Jobs that required me traveling out of state but I couldn't because I was still haveing to report. This mistake on my sentence cost Me around 155 days of being incarcerated in Jail with Probation holds on me although this Jail time occured

after 12-11-2015. This time was in 2016 and 2017 with no new convictions just probation holds, and the missing of a 90 day reveiw in front of Judge Clark Harrison County Circuit Court for no reason. From 2012 thru 12-11-2015 I was never Ulibieted nor was I behind on my fees or fines. This caused me the ruin of my life. Because of this mistakes by MDOC and the four defendants I Lost everything I had. My dignity, my freedom, Self respect, confidence & repitation. The time sheet plainly shows my release date and my ending date. It shows my earned Trustee time and MET, speacial detail, earned discharge but no one bothered to get my dates corrected to release me on my Tentative release date.

Page 3

On May 22, 2017 I Arrested for a warrant issued by Judge Clark Apparently for missing a 90 day review. I was in Harrison County Jail til on or around July 27, 2017 when my attorny informed me that Judge Clark released me for missing the 90 day reveiw but I didnt get released beause MDOC had a hold on me. Now After being locked up 87 days MDOC officer Lyndon Ramez shows up the very next day for me to sign a wavier to violiet me. After signing the wavier I go in front of Judge Clark again and get released again from my 8 year sentence on the 5th day of September 2017. I Also was held in July 2016 by officer Jermy st Julian a probation hold for charge that was dismised. Both insidents were after my Tentative Release date of 12-11-2015. If you look at the dates on my Time sheet my end date was 10-10-2017 but as you can see Judge Clark ended my sentence 9-5-2017.

I have included a copy of the court transcript from 9-5-2017 along with copys of request for my parole & probation records from MDOC records sent by certified mail. I also have a copy of balance $0.00 owe on superfision fees along with names & dates of probation officers but it dont show my officer for the period of 2017 Til my release from my sentence on 10-10-2017. Ive also included ARPs and court Transcripts.

U.S. District Court
Mississippi Southern Division

As you can see on one document listing my probation Agents from 2013-2016 my agent for 2012 and 2017 are not listed on Exhibit A

Agent Christine Wilson      2013
Agent Malika Rush           2013
Agent Kimberly Echols       2014 and 2015
Agent Jeremy St Julian      2016
Agent Falisha McClendon     2016

Theres No Agent Listed For 2012
          No Agent Listed For 2017

Where does Lyndon Ramero come in. I never seen him before the date I signed the waiver on or around July 28, 2017 and hes not listed on the document I got from System Manager on 6-11-19. Also back on or around 2015 or 2016 I payed $50.00 for Interstate Compact I didn't get and the money was never returned or mentioned on my payment sheet. Once I get released I will request a copy of all my orders purchased through Western Union to show prove of this. Ive requested my records for reporting and for reasons why I was not released from this sentence on 12-11-2017 but MDOC records has not acknowledged my request.