# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**RODNEY READY, #46987**                                                **PLAINTIFF**

**v.**                                                **CIVIL NO. 1:19-cv-526-LG-RHW**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, MALIKA RUSH,**
**KIMBERLY ECHOLS, JEREMY**
**ST. JULIAN, FALISHA MCCLENDON,**
**AND LYNDO RAMERO**                                                **DEFENDANTS**

### ORDER DISMISSING PLAINTIFF'S COMPLAINT AS MALICIOUS

BEFORE THE COURT is pro se Plaintiff Rodney Ready's Complaint [1] filed

pursuant to 42 U.S.C. § 1983.   Ready is presently an inmate of the Mississippi

Department of Corrections incarcerated at the South Mississippi Correctional

Institution in Leakesville, Mississippi.   Ready is proceeding *in forma pauperis*. *See*

Order [7].

The Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2) (as amended),

applies to prisoners proceeding *in forma pauperis*, and provides that "the court shall

dismiss the case at any time if the court determines that . . . (B) the action or appeal

– (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be

granted; or (iii) seeks monetary relief against a defendant who is immune from such

relief."   Since Ready is a prisoner proceeding *in forma pauperis*, his Complaint is

subject to the case-screening procedures set forth in 28 U.S.C. § 1915 (e)(2).

Ready's Complaint [1] is a duplication of the claims he previously litigated in

*Ready v. Miss. Dep't of Corr.*, no. 1:19-cv-40 (S.D. Miss. May 15, 2019).   In the

previous case, the Court dismissed Ready's § 1983 claims with prejudice. *Id.* Ready admits in his Complaint [1] that he pursued these same claims in his previous case, civil action number 1:19-cv-40. *See* Compl. [1] at 10 (CM/ECF pagination).

"An action may be dismissed as malicious if it duplicates claims raised by the same plaintiff in previous or pending litigation." *Emmett v. Hawthorn*, 459 F. App'x 490, 491 (5th Cir. 2012) (citation omitted). A district court has "broad discretion" in dismissing a complaint as malicious. *Blakely v. Evans*, 574 F. App'x 420, 420 (5th Cir. 2014). Ready's Complaint [1] is malicious in that it duplicates the allegations presented in *Ready v. Miss. Dep't of Corr.*, no. 1:19-cv-40 (S.D. Miss. May 15, 2019). Ready is entitled to "one bite at the litigation apple—but not more." *See Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that pro se Plaintiff Rodney Ready's Complaint [1] is **DISMISSED WITH PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

**SO ORDERED AND ADJUDGED** this the 3rd day of September, 2019.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE