# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RODNEY READY, #46987**  PLAINTIFF

v.  CIVIL NO. 1:19-cv-526-LG-RHW

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, MALIKA RUSH, KIMBERLY ECHOLS, JEREMY ST. JULIAN, FALISHA MCCLENDON, AND LYNDO RAMERO**  DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order entered herewith dismissing with prejudice the claims in Plaintiff Rodney Ready's Complaint [1],

**IT IS ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 3rd day of September, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE